**Opinion issued November 17, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00871-CV

———————————

## PLAYA VISTA, L.P., MORGAN-MULTI FAMILY LLC, AND SCOTT MORGAN, Appellants

## V.

## LAKESIDE RE, L.P., GSRE, INC., AND AVI RON, Appellees

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-28663**

---

## MEMORANDUM OPINION

Appellants, Playa Vista, L.P., Morgan-Multi Family LLC, and Scott Morgan, have filed a renewed agreed motion to dismiss their appeal, stating that they dismissed their bankruptcy petition and settled their underlying trial court

proceeding. *See* TEX. R. APP. P. 42.1(a)(1). The motion contains a certificate of conference stating that appellees' counsel has been contacted and is unopposed to this motion. *See id.* 10.1(a)(5), 10.3(a)(2). No other party has filed a notice of appeal and no opinion has issued. *See id.* 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Brown.